UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMONITA DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Civil Action No. 10-392 (SRC)<br><br>**ORDER** |

**CHESLER, U.S.D.J.**

　　This matter having been brought before this Court on the application by Plaintiff Ramonita Diaz to proceed in forma pauperis without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit of indigence demonstrating her eligibility; and good cause appearing,

　　**IT IS** on this 1st day of February, 2010

　　**ORDERED** that Plaintiff's application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a), is **GRANTED**; and it is further

　　**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

　　**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

　　　　　　　　　　　　　　　　　　　　　　　 s/ Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER, U.S.D.J.